UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

**Order Filed on February 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

Mark E. and Candice M. Marley, Debtor

CASE NO.:    18-16000-JNP

CHAPTER:    13

Judge: Michael B. Kaplan

# ORDER GRANTING APPLICATION FOR
# PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: February 24, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On <u>2-2-22</u>, an application was filed for the Claimant(s), <u>Dilks & Knopik, LLC as assignee to Candice M. Marley for herself and as Surviving Spouse of Mark E. Marley</u>, debtor, for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $<u>20,259.66</u> held in unclaimed funds be made payable to <u>Dilks & Knopik, LLC as assignee to Candice M. Marley for herself and as Surviving Spouse of Mark E. Marley</u> and be disbursed to the payee at the following address:

<u>35308 SE Center Street</u>

<u>Snoqualmie WA 98065</u>

The Clerk will disburse these funds not earlier than 14 days after entry of this Order; and it is further

ORDERED that in order to receive payment, the Claimant must provide the Court with the Claimant's tax identification number (TIN) on a form completed and signed by the Claimant to whom funds are being distributed according to the requirements below. This document must include the bankruptcy case number and should be sent to the Court at either of the following addresses:

unclaimedfunds@njb.uscourts.gov

or:

United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg.
**Attention: Financial Department** 50
Walnut Street
P.O. Box 1352 Newark, NJ 07102

a. **Domestic Claimant** - A Claimant who is a U.S. person must submit either:
   1) Court Form AO-213P (available on the Court's website); or
   2) IRS Form W-9 (accessible by searching on the Internal Revenue Service (IRS) website at: https://www.irs.gov/).

   **NOTE:** If a claimant desires payment via Electronic Funds Transfer (EFT), then Court Form AO-213P must be used.

b. **Foreign Claimant** - A foreign claimant must submit both:
   1) IRS Form W-8 (accessible by searching on the IRS website at: https://www.irs.gov/); and
   2) Court Form AO-215 (available on the Court's website).

*rev. 11/12/21*

*rev. 11/12/21*